OPINION — AG — ** SCHOOL BOARD VOTE — SUBSTITUTION VOTER ** PROBLEM ARISING FROM A SCHOOL DISTRICT ELECTOR FOR JURY SERVICE, AND ANOTHER PERSON, WERE PERMITTED TO CAST THEIR VOTES FOR A MEMBER OF THE BOARD OF EDUCATION (SCHOOL BOARD) BEFORE THE HOURS FROM 2AM TO 6PM PRESCRIBED BY LAW FOR ELECTING THE MEMBER OF THE BOARD OF EDUCATION. (INVALID ELECTION, ABSENTEE VOTE, SCHOOL BOARD MEMBER) CITE: 70 O.S. 4-16 [70-4-16], 12 O.S. 1531 [12-1531], 12 O.S. 1538 [12-1538] (J. H. JOHNSON)